# PERKINSCOie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

March 25, 2024

Gabriella Marie Romanos Abi Habib
GRomanos@perkinscoie.com
D. +1.332.223.3980
F. +1.212.977.1649

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re:  *Epstein v. General Mills, Inc.*, No. 7:24-cv-01551 (S.D.N.Y.) – General Mills' Letter Motion for Extension of Time to Respond to Complaint

Dear Judge Karas:

We represent Defendant General Mills, Inc. ("General Mills") in the above-referenced matter. Pursuant to Section I(C) of Your Honor's Individual Rules of Practice, we respectfully write to request a 30-day extension of General Mills' deadline to respond to Plaintiff's Complaint, from March 25, 2024 to April 24, 2024.

General Mills was served with the Complaint on March 4, 2024, and its answer is, therefore, due on March 25, 2024, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). This is the first request for an extension submitted by General Mills. Counsel for Plaintiff consents to the requested extension.

Respectfully submitted,

*/s/ Gabriella Romanos*
Gabriella M. Romanos Abihabib
GRomanos@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: 212.262.6900
Fax: 212.977.1649

Hon. Kenneth M. Karas
March 25, 2024
Page 2

Charles Sipos, *Pro Hac Vice* Application Forthcoming
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:   +1.206.359.8000
Facsimile:    +1.206.359.9000

Natalie K. Sanders, *Pro Hac Vice* Application Forthcoming
NSanders@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone:   +1.650.838.4300
Facsimile:    +1.650.838.4350

*Counsel for Defendant General Mills, Inc.*

Granted.
So Ordered.
3/25/24